EDWARD A. SYLVIA, Respondent, v. HEMPSTEAD BUS CORPORATION and ROYAL R. RICHENSTEEN, Sued as "ROYAL R. RICHENSTEIN," Appellants.— In an action to recover damages for personal injuries sustained by plaintiff when struck by a bus owned by defendant Hempstead Bus Corporation and operated by defendant Richensteen, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

ELIZABETH UNBEKANT, as Executrix, etc., of FREDERICK UNBEKANT, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and JOHN REICHMAN, Appellants.— Judgment in favor of the plaintiff and against the defendants in an action to recover damages for personal injuries resulting in the death of her testator through the negligent operation of one of defendant's trolley cars unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

LEON I. WACHTEL, Appellant, v. HYMAN TANTLEFF and SOPHIE TANTLEFF, Respondents, and Others, Defendants.— Appeal from an order denying motion by appellant, holder of a second mortgage, for judgment for the amount of the mortgage indebtedness. An action to foreclose a second mortgage was commenced but was not prosecuted to judgment. More than two years afterward an action to foreclose the first mortgage was commenced and the real property was sold under a judgment obtained therein. The appellant's mortgage was thereby barred from the security of the real property. Respondents contend that the second mortgagee's failure to prosecute his action promptly to judgment and sale prevents the granting of his motion for judgment. Order reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs. (*Weisel* v. *Hagdahl Realty Co., Inc.*, 241 App. Div. 314; *Klein* v. *Kramer*, 246 id. 760; rearg., 248 id. 617; *Realty Associates Securities Corp.* v. *Hoblin*, 247 id. 904.) Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.